IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GABRIEL S QUINTANILLA,<br>*Plaintiff*<br><br>-vs-<br><br>KILOLO KIJAKAZI, COMMISSIONER<br>OF SOCIAL SECURITY;<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-00148-XR |

**ORDER**

On this date, the Court considered Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b)(1). ECF No. 15.

After careful consideration, based on the pleadings, the position of the Defendant Commissioner, the contingency fee agreement between Plaintiff and her counsel Howard D. Olinsky ("Olinsky") that authorizes a fee of "25% of [her] past due benefits," ECF No. 15-2 at 2, and Plaintiff's success on appeal, the Court **GRANTS** the motion. *See Jeter v. Astrue*, 622 F.3d 371, 379 (5th Cir. 2010) ("If a claimant's success on appeal can be attributed to [her] attorney's endeavors before the district court, then that attorney should reap the benefit of his work—even if he managed to accomplish a great deal in a small window of time.").

For the foregoing reasons, Plaintiff's Motion (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney's fees in the total amount of Three Thousand Two Hundred and Fifteen Dollars ($3,215.00) be awarded to Plaintiff's counsel Olinsky.

**IT IS FURTHER ORDERED** that Olinsky promptly return to Plaintiff the $1,131.27 previously awarded under the EAJA. ECF No. 14.

It is **SO ORDERED**.

**SIGNED** this 12th day of February, 2025.

                                                                                           _____
                                                                                           XAVIER RODRIGUEZ
                                                                                           UNITED STATES DISTRICT JUDGE